Jamie S. Kilberg, OSB No. 110465
jamie@kauffmankilberg.com
KAUFFMAN KILBERG LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

Attorneys for Defendant Caswell Thompson LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| PACCAR FINANCIAL CORP., a Washington Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SISKIYOU CASCADE RESOURCES LLC, an Oregon LLC, CASWELL THOMPSON LLC, and Oregon LLC, and JOEL CASWELL, an individual,<br><br>    Defendants. | Case No.: 1:19-cv-01962-CL<br><br>DEFENDANT CASWELL THOMPSON LLC'S CORRECTED CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, defendant Caswell Thompson LLC states that (1) it has no parent corporation and no publicly held corporation owns 10% or more of its stock, and (2) all members of the LLC are citizens of Oregon.

Page 1   -   DEFENDANT CASWELL THOMPSON LLC'S CORRECTED CORPORATE
              DISCLOSURE STATEMENT

DATED: January 28, 2020.

        KAUFFMAN KILBERG LLC

        *s/ Jamie S. Kilberg*
        JAMIE S. KILBERG
        OSB No. 110465
        Telephone: (503) 224-2595

        Attorneys for Defendant Caswell Thompson LLC