**Matthew A. Rowan**, OSB # 104927
Email: mrowan@collinsrowan.com
COLLINS ROWAN, LLP
219 South Holly Street
Medford, OR 97501
p. (541) 773-3606 | f. (541) 600-4611
      Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| **PACCAR FINANCIAL CORP.**, a Washington Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**SISKIYOU CASCADE RESOURCES LLC**, an Oregon LLC, **CASWELL THOMPSON LLC**, an Oregon LLC, and **JOEL CASEWELL**, an individual,<br><br>    Defendants. | Case No. 1:19-cv-01962-CL<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD |

    Counsel for Defendants Joel Caswell and Siskiyou Cascade Resources LLC ("Defendants") moves to withdraw as counsel of record for Defendants for the basis and on the grounds that Defendants have terminated me as counsel in this matter. This matter is not set for trial. Counsel's resignation will not prejudice any party to this matter as there are no pending deadlines or court appearance dates scheduled by the court with the exception that a scheduling conference is scheduled before Judge Clarke on April 26, 2022 at 10:00 a.m. Joel Caswell has been advised of this proceeding.

PAGE 1 – MOTION TO WITHDRAW

All future communications should be directed to Joel Caswell at 16 N. Riverside Ave., Medford, OR 97501; joel@siskiyoucascaderesources.com; (541) 951-5065.  Mr. Caswell has been advised that he needs to obtain legal counsel to represent Siskiyou Cascade Resources, LLC.

Dated: _____

                                      **COLLINS ROWAN, LLP**
                                      Attorneys for Defendants

                                      /s/ Matthew Rowan
                                      By: Matthew Rowan, OSB # 104927
                                      mrowan@collinsrowan.com

PAGE 2 – MOTION TO WITHDRAW

## CERTIFICATE OF SERVICE

      I hereby certify that on the _____ day of April, 2022, I served the foregoing **MOTION TO WITHDRAW** on the following parties at the following addresses:

Joseph Grube
1200 Fifth Ave. Ste.625
Seattle, WA 98101
joe@bgotrial.com
    *Attorney for Plaintiff*

Service was made via email / electronic service.

DATED: _____

                **COLLINS ROWAN, LLP**
                Attorneys for Defendant

                /s/ Matthew Rowan
                By: Matthew Rowan, OSB # 104927
                mrowan@collinsrowan.com

CERTIFICATE OF SERVICE

COLLINS ROWAN LLP
219 South Holly Street • Medford, Oregon 97501
P. (541) 773-3606 • F. (541) 600-4611 • legal@collinsrowan.com